PHILIP LIEBERMAN and Others, Respondents, v. MANFRED AMUSEMENT CO., INC., Appellant.— Order denying stay reversed upon the law and the facts, with ten dollars costs and disbursements, and motion granted, with ten dollars costs. Two actions, instituted by different plaintiffs, seeking to collect the same moneys, were pending against the defendant. Defendant did not admit the liability, and, therefore, it could not deposit the amount demanded in court and interplead the other payments. To the other action all claimants are parties, and in that action all matters in controversy may be determined. This action is stayed pending the determination of the other action. Kelly, P. J., Rich, Jaycox, Manning and Young, JJ., concur.

STEVEN LOVASZ, Appellant, v. ETTIE FOWLER, Respondent.— Judgment and order reversed on the law and the facts, and a new trial granted, without costs. The testimony of the plaintiff is so incoherent that it is difficult to draw inferences from it. On a new trial he should be allowed to testify through an interpreter. The learned trial justice, when the plaintiff rested, and without any motion being made, said, "Judgment for defendant." In spite of the fact of its being an apparent dismissal of the complaint at the close of plaintiff's case, proposed findings of fact and conclusions of law were submitted by both sides. The record is not sufficiently clear as to which of plaintiff's proposed findings of fact were found. We are of opinion, on this imperfect record, that plaintiff's alleged repudiation of the contract was not the absolute, unequivocal repudiation that is required by law to warrant the defendant in treating the contract as at an end, and in rescinding it. A new trial may develop the facts with greater clearness. Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ., concur.

MARJOHN REALTY COMPANY, INC., Appellant, v. CITY OF LONG BEACH and Others, Respondents. (Appeal No. 1.) — Order affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Rich, Jaycox, Manning and Kelby, JJ., concur.

MABEL McMULLEN, as Administratrix, etc., of PETER MARION HELIES, Deceased, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.

GEORGE MEIERDIERCKS and Another, Respondents, v. NORMAN ANDERSON, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

ENDRE OSMUNDSEN, Respondent, v. WILLIAM J. GOKEY & Co., INC., Appellant.— Judgment and order unanimously affirmed, with costs. No evidence is found in the record that would sustain a finding of contributory negligence on the part of the plaintiff, and it follows that the error of the learned trial court in charging the comparative negligence rule was harmless. Present — Kelly, P. J., Rich, Manning, Young and Kapper, JJ.